114 A.3d 1035

Craig ELLIS a/k/a Raheem Amir, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

May 18, 2015.

Raheem Amir, pro se.

Alan Matthew Robinson, Pennsylvania Board of Probation & Parole, Jason Anthony Lambrino, Pennsylvania Office of Chief Counsel, Harrisburg, for Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of May, 2015, the Notice of Appeal is hereby **QUASHED** as untimely.